IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-50071
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

MARIO RAMOS TORRES,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. A-98-CR-196-2-SS
- - - - - - - - - -

October 19, 1999

Before JONES, WIENER, and STEWART, Circuit Judges.

PER CURIAM:[*]

     Court-appointed counsel for Mario Ramos Torres has moved for
leave to withdraw and has filed a brief as required by Anders v.
California, 386 U.S. 738 (1967).  Torres was sent a copy of
counsel's motion and brief, but has not filed a response.  Our
independent review of the brief and the record discloses no
nonfrivolous issue for appeal.  Accordingly, counsel's motion for
leave to withdraw is GRANTED, counsel is excused from further

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

responsibilities herein, and the APPEAL IS DISMISSED.  <u>See</u> 5TH

CIR. R. 42.2.